This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.                                                          **NO. A-1-CA-37412**

**ALBERT BARNETT,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF CIBOLA COUNTY**
**Pedro Gabaldon Rael, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellant

Bennett J. Baur, Chief Public Defender
William A. O'Connell, Assistant Public Defender
Santa Fe, NM

for Appellee

## MEMORANDUM OPINION

**VANZI, Chief Judge.**

{1}     The State appeals from the district court's order excluding witnesses. We issued a notice of proposed summary disposition proposing to reverse and remand, and

Defendant Albert Barnett has filed a response indicating that he does not oppose our proposed summary disposition. Accordingly, for the reasons stated in our notice of proposed summary disposition, we reverse and remand this case to the district court.

{2}    **IT IS SO ORDERED**.


_____
**LINDA M. VANZI, Chief Judge**


**WE CONCUR:**


_____
**M. MONICA ZAMORA, Judge**


_____
**J. MILES HANISEE, Judge**